Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Office phone: (212) 226-2883
Mobile phone: (917) 549-6818

**NJ address:**  
135 Prospect Street  
Ridgewood, NJ  07450

**NY address:**  
52 Duane Street, 7th floor  
New York, NY  10007

October 30, 2025

Hon. John P. Cronan  
United States District Judge  
500 Pearl Street  
New York, NY  10007

Re:   United States v. Juan Moises Perez Mendez, 23 Cr. 501 (JPC)

Dear Judge Cronan:

Michael Bradley and I represent Juan Moises Perez Mendez, who is scheduled for trial on April 20, 2026, as part of Trial Group One.

Defense motions are currently due on November 3, 2025, and we respectfully request a thirty-day extension of time to file motions in order to review a plea agreement that we received this week from the Government and to have additional time to prepare motions.

We have conferred with counsel for the other defendants. Lisa Scolari (counsel for Wilianyi Almanzar Polanco), Xavier Donaldson (counsel for Francisco Alberto Lopez Reyes), Alexei Schacht (counsel for Robert Junior Ramos Henriquez), Zachary Margulis-Ohnuma (counsel for Alba Gonzalez), Elizabeth Macedonio (counsel for Cynthia Onega), Raoul Zaltzberg (counsel for Edward Jimenez), Angus James Bell (counsel for Miguel Conception Brito) and Kenneth Montgomery (counsel for Wellington Espinal) join in this motion.  This would not affect the trial schedules.

AUSA Margaret Lynaugh informs me that the Government consents to this adjournment of the motion schedule.

Sincerely,

/s/

Donald Yannella, Esq.

---

The motions for an extension of the briefing schedule, Dkts. 183, 184, are granted, aside from Miguel Concepcion Brito who currently has a motion deadline of December 15, 2025.  The deadlines for Defendants Juan Moises Perez Mendez, Wilianyi Almanzar Polanco, Francisco Alberto Lopez Reyes, Robert Junior Ramos Henriquez, Alba Gonzalez, Cynthia Onega, Edward Eustate Jimenez, Wellington Eustate Espinal, and Eusebio Peralta Bautista are extended to December 3, 2025.  The government's opposition to such motions are due January 5, 2026, and Defendants' replies are due January 20, 2026. The November 3, 2025 motion deadline remains in place for all other Defendants.  The Clerk of Court is respectfully directed to close Docket Numbers 183 and 184.

SO ORDERED.  
October 31, 2025  
New York, New York



JOHN P. CRONAN  
United States District Judge