UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA            :

                                         :

               -v-                   :           23 Cr. 501 (JPC)

                                         :

JUAN MOISES PEREZ MENDEZ,       :            ORDER

                                         :

                   Defendant.      :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Upon the application of Michael Bradley, attorney for Juan Moises Perez Mendez, it is ordered that Defendant Juan Moises Perez Mendez (USMS No. 03969-070), is permitted to receive non-prison clothing at MDC Brooklyn to wear for his trial scheduled to begin on April 20, 2026. He is permitted to have the following to wear to Court:

        5 Shirts
        5 Sweaters
        3 Pairs of pants
        1 Belts
        5 Pairs of socks
        1 Pair of shoes

        SO ORDERED.

Dated: April 8, 2026
      New York, New York

                                        JOHN P. CRONAN
                               United States District Judge