# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 26, 2026

**VIA ECF AND EMAIL**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court will hold a hearing in this matter on July 10, 2026, at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 327.

SO ORDERED.
June 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re: **United States v. Juan Moises Perez Mendez**
23 Cr. 00501 (JPC)

Dear Judge Cronan:

I and Donald Yannella represent Juan Moises Perez Mendez in the above-captioned case. After consultation with Mr. Perez Mendez, he is requesting the appointment of new CJA counsel. Accordingly, we respectfully request a hearing to resolve this matter.

If there are any questions, I can be reached at 646-932-7464.

Respectfully submitted,

Michael D. Bradley, Esq.

cc: AUSA Chelsea Scism
    AUSA Maggie Lynaugh
    AUSA Adam Sowlati
    (via ECF and e-mail)