FASULO GIORDANO & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

August 28, 2026

Honorable John P. Cronan
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: United States v. Paulino, et. al. (Juan Moises Perez Mendez)***
***Case No.: 23 Cr. 501 (JPC)***

Dear Judge Cronan,

I was previously assigned to represent Juan Moises Perez Mendez, who is currently scheduled for sentencing on October 16, 2026. For the reasons stated herein, I respectfully request an adjournment of the sentencing.

Soon after being assigned to the case, I traveled overseas on a previously scheduled teaching engagement and unable to schedule the Pre-Sentence Interview prior to my departure. The first draft of the Pre-Sentence Report is scheduled to be disclosed on September 3. In order to allow for sufficient time to conduct the Pre-Sentence Interview, and disclose the first then the final Pre-Sentence Report, I respectfully request an extension of the date for submission of the Pre-Sentence Report, and an adjournment of the sentencing hearing.

The Government and Probation have no objection to this request.

The request is granted. Juan Moises Perez Mendez's sentencing is adjourned to December 3, 2026. Counsel shall promptly arrange for Mr. Perez Mendez's Pre-Sentence Interview so the Pre-Sentence Investigation Report can be prepared sufficiently in advance of sentence. The Clerk of Court is respectfully directed to close Docket Number 378.

SO ORDERED.
August 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc: All parties (via ECF)